UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT L. LYONS, | § | |
| Plaintiff, | § § § | |
| v. | § | C.A. NO. H-93-978 |
| CONSOLIDATED FREIGHTWAYS, | § § § | |
| Defendant. | § | |

#23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

NOV - 7 1994

Michael N. Milby, Clerk

O R D E R

IT IS ORDERED that this case is set for docket call on February 24, 1995 at 11:00 a.m. in Courtroom 11A, 11th Floor of the United States Courthouse located at 515 Rusk Avenue, Houston, Texas. The case is subject to being called for trial on short notice during the month of March, 1995. Joint Pre-trial Order should be filed by February 17, 1995.

The Clerk will enter this Order and provide a copy to all parties.

Signed this 7th day of November, 1994.

_____
JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE

4:93-cv-00978

23   hs   11/07/94