IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT L. LYONS and | § | |
| JONAS P. ANDERSON, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | H-93-0978 |
| | § | |
| CONSOLIDATED FREIGHTWAYS | § | |
| CORPORATION OF DELAWARE, | § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
FILED
Entered
JAN 1 0 1995
Michael N. Milby, Clerk

## AGREED ORDER OF DISMISSAL

By their signatures below, Plaintiffs Robert Lyons and Jonas Anderson and Defendant Consolidated Freightways Corporation Of Delaware represent that all matters in controversy in this case have been resolved and that they have agreed to dismissal with prejudice of Plaintiffs' Original Complaint. The Court finds that this agreement is appropriate and that voluntary dismissal is proper. It is therefore,

ORDERED that Plaintiffs' Original Complaint is dismissed with prejudice and that each party shall bear his/its own costs of court incurred in this case.

Signed this 8th day of January, 1995.

_____
United States District Judge

AGREED TO:

_____
Robert L. Lyons, Plaintiff

_____
Jonas P. Anderson, Plaintiff

_____
Counsel For Defendant Consolidated
Freightways Corporation of Delaware